HAIGHT, S

William H. Sloane (WS: 1301)
Joseph Asaro (JA: 9654)
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for Plaintiff NutraCea*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
NUTRACEA,                                             :     Case No. 06 Civ. 8201 (CSH)
                                                      :
                          Plaintiff,                  :     NOTICE OF DISMISSAL
                                                      :     WITHOUT PREJUDICE
          - against -                                 :
                                                      :
LANGLEY PARK INVESTMENTS PLC,                         :
HARRY G. PEARL, RUFUS PEARL, PEARL                    :
INVESTMENT MANAGEMENT SERVICES                        :
LIMITED, GOTTBETTER & PARTNERS,                       :
LLP, and DOES 1 through 50 inclusive, ,               :
                                                      :
                          Defendants.                 :
---------------------------------------------------------------x

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1) Plaintiff

NutraCea hereby dismisses the above-captioned action without prejudice.

Dated: New York, New York
       January 19, 2007

                                                      CARTER LEDYARD & MILBURN LLP

SO ORDERED: 01/29/07                                  By: _____
                                                           William H. Sloane (WS: 1301)
_____                                    Joseph Asaro (JA: 9654)
(U.S.D.J.)
                                                      2 Wall Street
                                                      New York, New York 10005
                                                      (212) 732-3200
                                                      *Attorneys for Plaintiff NutraCea*

6147451.1